**Order filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-11-00649-CV

——————————

**JOHN R. McNATT and McNATT CONTRACTING, INC., Appellants**

**V.**

**J. D. HOPKINS GROUP LLC, Appellee**

On Appeal from the County Court at Law No. 3
Galveston County, Texas
Trial Court Cause No. CV-0061523

## O R D E R

This is an appeal from a judgment signed April 28, 2011. The reporter's record was filed on August 26, 2011. The clerk's record was filed on September 7, 2011. Appellant's brief was due thirty days after the record was filed. *See* Tex. R. App. P. 38.6. Appellants have not filed a brief or a motion for extension of time to file the brief.

Unless appellants file a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before **November 28, 2011**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM